Case 1:25-mj-00196-GMH     Document 1-1

Case: 1:25-mj-00196
Assigned To: Judge Harvey, G. Michael
Assign. Date: 9/1/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On August 29, 2025, at approximately 4:30 p.m., members of the Metropolitan Police Department (MPD) Second District were dispatched to a robbery at the Bank of America located at 5201 Wisconsin Avenue NW in Washington, D.C. 20015. Bank of America is a bank whose deposits are insured by the Federal Deposit Insurance Corporation. Officers arrived on scene and met with Reporting Person-1 (RP-1) who is a bank teller at the location. As a bank teller, RP-1 works behind a desk that is covered with a glass/plexiglass protection window with a deal tray. RP-1 reported that Suspect-1, subsequently identified as Glenn WILLIAMS, had passed RP-1 a note through the deal tray that read "This is a Robbery! Do not hit alarm and no dye pack Please do as I say nobody will get shot!"

After reading the note, RP-1 walked away and called 911 at which point Suspect-1 left the location without obtaining any property or U.S. Currency. A flash lookout was broadcasted for Suspect-1 as a black male about 6'0", wearing a black top, black backpack. Second District Detectives Office was notified; Detective Higgins and Detective Mosier responded.

Detective Higgins interviewed RP-1 who stated that IT was working the desk when Suspect-1 entered the bank and came to IT's window. Suspect-1 handed RP-1 the note with a plastic bag.



A dye pack is a bank security device disguised within a stack of real currency. When a robber takes the pack out of the bank, a radio signal or timer is triggered, causing the pack to explode, releasing an aerosolized colored dye and sometimes tear gas. This stains the stolen money, the robber's clothing, and skin, making the money useless and marking the robber for easy identification.

RP-1 stated that they read the note and then scanned Suspect-1 for any possible weapons. When RP-1 did not see any weapons, RP-1 walked away from the window and behind a wall before calling the police in accordance with their training.

S-1 then left the location and walked northbound on Wisconsin Avenue NW on the east sidewalk.

       The CCTV of Bank of America was later reviewed and shows Suspect-1 entering the bank at 4:07 p.m. At 4:11 p.m., Suspect-1 gets in line for the bank teller and waits in line. At 4:12 p.m., Suspect-1 approaches the window where RP-1 was stationed. At 4:13 p.m. Suspect-1 slides the note and bag through the deal tray. Upon receiving and reading the note, and scanning for weapons, RP-1 leaves the window and goes behind a wall. Suspect-1 turns around and exits, walking northbound. From the footage, it was determined that Suspect-1 is a black male, wearing a camo baseball cap, dark blue or black hoodie with light-colored shoes.



       Detective Higgins then contacted the Metro Transit Police command and communications center as Suspect-1 was last seen walking towards the Friendship Heights Metro Station located at Wisconsin 5337 Wisconsin Avenue NW. Metro Video Operation Specialist reviewed the station footage and advised that Suspect-1 was seen entering the elevator of the Friendship Heights Metro Station at 4:17 p.m. While in the elevator, Suspect-1 was observed removing his sweater and putting it into his backpack. Suspect-1 was also no longer wearing his glasses or baseball cap. Suspect-1 was seen getting on rail car number 3258 on the redline towards Shady Grove at 4:18 p.m.



An updated lookout for Suspect-1 was broadcasted over the 2D radio channel as a black male wearing a beige polo, black pants and white shoes, with a black backpack with black and white checkered straps.

Metro Transit Investigator Smith would later advise Detective Higgins that Suspect-1 was last seen at the Gallery Place Metro Station at about 4:40 p.m. at 7th and F Street NW.



Detective Sergeant Nicolas Guerra with Metro Transit would later inform Detective Higgins that Metro Transit had observed that Suspect-1 was using a Smartrip Metro Access Card and that they determined the number was "01671574606494383364". The number was red flagged in the system so that Metro Transit Police would attempt to stop anyone who uses that Smartrip card with instructions to notify MPD's Second District Detective's office. The Smartrip card is a Metro Access card.

A review of the Smartrip card's transaction history on August 29, 2025, shows:

- Enters at Deanwood Metro Station at 15:12:00 hours
- Exits at Friendship Heights Metro Station at 15:54:55 hours North Side
- Enters at Friendship Heights Metro Station at 16:17:44 hours South Side
- Exits at Gallery Place Chinatown Metro Station at 16:40:31 hours East Side

On August 31, 2025, at approximately 7:00 p.m., Smartrip card 01671574606494383364 was swiped at the Deanwood Metro station and alerted Metro Transit Police. Through CCTV footage, it was determined that the subject that swiped the card was Suspect-1 and Suspect-1 boarded a Vienna bound train and was on train car #7703. Metro Transit Officer K. Fields was notified by Detective D. Henry #D948 of the usage of the card and the location of Suspect-1. Metro Transit Officers responded to Stadium Armory metro station and stopped the incoming westbound

train. Officer K. Fields, along with the help of the U.S. National Guard, were able to locate and detain Suspect-1, removing him from the train.

Suspect-1 was identified by Maryland Identification card as Glenn WILLIAMS, date of birth, ▮▮▮▮▮▮▮. Detective Kingsley was contacted and WILLIAMS was placed under arrest. WILLIAMS was transported to the First District Police Station without incident. The Smartrip card numbered "01671574606494383364" was recovered on WILLIAMS' person at arrest.

WILLIAMS, when placed under arrest, was in possession of a black hoodie, black sunglasses, a khaki polo shirt, black pants, and a pair of khaki camouflage shoes with green laces. WILLIAMS was also in possession of a blue in color backpack. The clothes that WILLIAMS was wearing at the time of the arrest appear to match the clothes used in the attempted bank robbery.



As such, your affiant submits that probable cause exists to charge Glenn WILLIAMS with violation of 18 U.S.C. § 2113(a) (Attempted Bank Robbery).

_____
DETECTIVE JAYME KINGSLEY (#D1-1254)
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 1, 2025.*

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE